1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
        1420 E. Cooley Dr., Suite 100
3       Colton, California 92324
4       Telephone: (909) 796-4560
        Facsimile:  (909) 796-3402
5       E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

8            UNITED STATES DISTRICT COURT
9     CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 TAMIKO JONES,                    )    No.  EDCV 12-0119 DTB
11                                  )
12     Plaintiff,                   )    [PROPOSED] ORDER AWARDING
                                    )    EAJA FEES
13     v.                           )
14                                  )
   CAROLYN W. COLVIN,               )
15 Commissioner Of Social Security, )
16                                  )
   Defendant.                       )
17 _____)

18
19      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
20      IT IS ORDERED that EAJA fees are awarded in the amount of THREE
   THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($3,100.00) subject to the
21 terms of the stipulation.
22
23      DATE:  March 7, 2013    _____
24                             HON. DAVID T. BRISTOW
25                             UNITED STATES MAGISTRATE JUDGE
26
27
28

-1-